IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOHAMED MOHAMED,<br>Petitioner,<br><br>v.<br><br>MULLIN, et. al.,<br>Respondents. | Civil No. 26-2099 |

**ORDER**

AND NOW, this 17TH day of November, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1), and the Respondents' response (ECF No. 4), IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED WITHOUT PREJUDICE because Petitioner did not sign the petition. *See* ECF No. 1 at 8. If Petitioner does not submit a properly signed petition on or before December 30, 2026, the clerk will be directed to docket this case closed.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Court Judge